UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK BARBER, CASSANDRA JACKSON, and GARLAND EDMONDS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:18-CV-00010-JAR |
| EXPRESS COURIER INTERNATIONAL, INC. and EMP LSO HOLDING CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' joint motion to transfer venue to finalize settlement. (Doc. No. 39). The parties state that on January 21, 2019, they mediated a number of related cases and agreed to a global settlement. The parties maintain that in an effort to maximize the efficient use of judicial resources and minimize the costs associated with settlement administration, they jointly seek transfer of the related cases to a single court to finalize settlement and dismiss the actions.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to transfer venue is **GRANTED**. (Doc. No. 39).

**IT IS FURTHER ORDERED** that this action shall be transferred immediately to the United States District Court for the Southern District of Texas, Houston Division, for purposes of finalizing the settlement in the case.

Dated this 21st day of January, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**