IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FRANK BARBER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-00271 |
| ) | |
| EXPRESS COURIER ) | |
| INTERNATIONAL, INC., and EMP ) | |
| LSO HOLDING CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendants, Express Courier International, Inc. d/b/a LSO Final Mile and EMP LSO Holding Corporation, hereby request dismissal of this case with prejudice and in support thereof state as follows:

1. The parties reached a confidential settlement and release agreement ("Agreement") which was subsequently approved by this Court.

2. All payments required by the Agreement have been remitted to the settlement administrator.

3. The parties jointly seek dismissal with prejudice of all claims and causes of action brought in this lawsuit.

4. No active issues remain for adjudication by the Court, and this action is ripe for dismissal with prejudice.

WHEREFORE, the parties respectfully request that this Court grant their Joint Motion to Dismiss, dismissing this case with prejudice and without award of costs or fees to any party.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Josh Sanford | /s/ Emily A. Quillen |
| Josh Sanford | Emily A. Quillen |
| josh@sanfordlawfirm.com | equillen@scopelitis.com |
| Texas Bar No. 24077858 | State Bar No. 24045624 |
| SANFORD LAW FIRM, PLLC | SCOPELITIS GARVIN LIGHT |
| Kirkpatrick Plaza |    HANSON & FEARY, P.C. |
| 10800 Financial Centre Pkwy, Ste 510 | 777 Main Street, Suite 3450 |
| Little Rock, Arkansas 72211 | Fort Worth, Texas 76102 |
| Telephone: (501) 221-0088 | Telephone: (817) 869-1700 |
| Facsimile: (888) 787-2040 | Facsimile: (817) 878-9472 |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |